■ The People of the State of New York, Respondent, v Forday Komara, Appellant. [730 NYS2d 247] —Appeal by the defendant from a judgment of the Supreme Court, Richmond County (Rooney, J.), rendered November 23, 1998, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (see, People v Contes, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (see, CPL 470.15 [5]). The inconsistencies in the trial testimony of the police officers who participated in the "buy and bust" operation that resulted in the defendant's arrest were minor and were properly placed before the jury for resolution (see, People v Gaimari, 176 NY 84). Altman, J. P., Florio, Schmidt and Cozier, JJ., concur.

■ The People of the State of New York, Respondent, v Juan Lopez, Appellant. [730 NYS2d 439] —Appeals by the defendant from two judgments of the Supreme Court, Queens County (Rotker, J., on indictment No. 971/99; Lebowitz, J., on S.C.I. No. 1418/00), both rendered August 16, 2000, convicting him of robbery in the second degree under indictment No. 971/99, and criminal possession of a weapon in the third degree under S.C.I. No. 1418/00, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). O'Brien, J. P., Krausman, Goldstein, Schmidt and Crane, JJ., concur.